## NOEL NORWOOD v. W. D. PETTIS, Sheriff, et al.

The endorser of a note, who has been duly notified of the assignment thereof, has no right to acquire, after notice, obligations of the assignor, and set them up in compensation, to the detriment of the assignee of the note.

APPEAL from the District Court of East Feliciana, *Sterling*, J.
*J. B. Smith*, for plaintiff and appellant. *E. P. Ellis*, for defendant.

SLIDELL, C. J. As to the contest between *Hepburn* and the liquidator, we see no reason to change the conclusion to which we came, after alaborate argument in *McKneely* v. *Brown*, decided in April, 1854.

Due notice, in 1840, to *Norwood*, of the assignment to *Hepburn*, is proved ; and, after notice, *Norwood* could not acquire obligations of the assignor, and set them up in compensation to the detriment of the assignee.

Judgment affirmed ; the costs of appeal to be paid by the appellant.